**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Nelson Javier Garcia Vergara,

    Petitioner

v.

Todd Blanche, et al.,[1]

    Respondents

Case No.: 2:25-cv-02495-JAD-DJA

**Order Denying Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order, and Dismissing and Closing Case**

[ECF Nos. 4, 17]

Petitioner Nelson Javier Garcia Vergara filed a pro se petition for a writ of habeas corpus in December 2025.[2]  I appointed him counsel, and Garcia Vergara then filed a motion for a temporary restraining order to obtain his release pending his deportation.[3]  During the pendency of his petition and motion, the court's review of publicly available databases seemed to reflect that Garcia Vergara was no longer in the government's custody, so the court ordered the government to submit a status report on whether Garcia Vergara had been deported.[4]  The court also allowed Garcia Vergara's counsel to file a response to any status report.[5]

---

[1] The court's caption reflects that petitioner's name is Garcia Vergara Nelson Javier.  The documents submitted in this case show that the correct order of his name is Nelson Javier Garcia Vergara.  So I direct the Clerk of Court to update the caption accordingly.

Todd Blanche has also replaced respondent Pamela Bondi as the Acting Attorney General of the United States, so I substitute him as the respondent under Federal Rule of Civil Procedure 25(d).

[2] ECF Nos. 1-1, 4.

[3] ECF Nos. 3, 17.

[4] ECF No. 26

[5] *Id.*

The government filed a status report confirming that Garcia Vergara had been removed to Venezuela on June 5, 2026.[6]  Garcia Vergara's counsel did not respond.  "When a petitioner challenges the duration of detention and seeks release from custody pending removal, courts find that deportation effectively grants petitioner the relief sought and the petition for writ of habeas corpus is moot."[7]  Based upon a review of the government's status report, it appears that Garcia Vergara has been deported and that this case is moot.[8]  So I deny his habeas petition and motion for a temporary restraining order as moot and close this case.

### Conclusion

IT IS THEREFORE ORDERED that Garcia Vergara's petition for a writ of habeas corpus **[ECF No. 4] and** his motion for a temporary restraining order **[ECF No. 17] are DENIED**.  The Clerk of Court is directed to update the caption to reflect that the petitioner's name is Nelson Javier Garcia Vergara and that Todd Blanche is now the respondent.  The Clerk of Court is directed to CLOSE THIS  CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 13, 2026

---

[6] ECF Nos. 27, 27-1.

[7] *See, e.g.*, *Mejia v. Semaia*, 2025 WL 2633165, at *2 (C.D. Cal. 2025).

[8] ECF Nos. 27, 27-1.

2